# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| MICHAEL R. LEWIS, II, : | |
| Petitioner, | Case No. 1:20-cv-933 |
| - vs - | District Judge Timothy S. Black<br>Magistrate Judge Michael R. Merz |
| WARDEN, London Correctional Institution, | |
| Respondent. : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 9) to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Petition be DISMISSED with prejudice as barred by the statute of limitations. Petitioner is DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

May 20, 2021.

                                                *s/Timothy S. Black*
                                                Timothy S. Black
                                            United States District Judge